UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAROD BANKS,

    Plaintiff,

v.

DUNCAN MARTIN, et al.,

    Defendants.

_____/

Case No. 2:20-cv-230

HON. JANE M. BECKERING

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Haskins and Caldwell filed a Motion for summary judgment (ECF No. 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 29, 2022 (ECF No. 27), recommending that this Court grant Defendants' motion for summary judgment and dismiss the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Haskins and Caldwell's Motion for summary judgment (ECF No. 23) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: April 27, 2022           /s/ Jane M. Beckering
                                JANE M. BECKERING
                                United States District Judge